# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

JUSTINA HOLLAND,
Defendant.

Case No. 6:2020-cr-00086
Hon. Roy B. Dalton, Jr.

## EMERGENCY MOTION TO SUPPLEMENT PENDING MOTION FOR COMPASSIONATE RELEASE

### DUE TO NEWLY DISCLOSED EVIDENCE OF BOP'S LEGAL LIABILITY FOR SEXUAL ASSAULT, RETALIATION, AND SENTENCE MANIPULATION

COMES NOW the Defendant, Justina Holland, pro se, and pursuant to Local Rule 7.01(e) of the United States District Court for the Middle District of Florida, respectfully files this Emergency Motion to supplement her pending Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). This emergency motion is necessary due to the Federal Bureau of Prisons' recent written acknowledgment of trauma stemming from a staff-perpetrated sexual assault, and clear evidence of ongoing retaliation, including the manipulation of her halfway house placement date in violation of her earned time credits. These events constitute extraordinary and compelling circumstances requiring immediate judicial intervention for her safety and mental health.

### I. NEWLY OBTAINED EVIDENCE FROM CONGRESSIONAL INQUIRY

On May 23, 2025, Ms. Holland received a copy of a response from the Bureau of Prisons (BOP) to an inquiry initiated on her behalf by the office of Senator Rick Scott. The inquiry was prompted by Mr. Chris Ramey, who raised concerns regarding retaliation, denial of mental health care, and sexual assault.

The BOP response includes:

"Mr. Ramey includes allegations of staff misconduct in the form of retaliation in his inquiry. The Federal Bureau of Prisons takes all allegations of staff misconduct seriously... Regarding her access to mental health treatment at the facility, review of records reveals she participates in group sessions with the Psychology Department, and they are aware of her past trauma."

This language — "they are aware of her past trauma" — serves as a de facto admission of liability for a substantiated incident of sexual assault by BOP staff. The BOP's awareness, paired with its minimal response, exposes the Defendant to further psychological harm and substantiates the core of her compassionate release motion.

## II. PREA VIOLATION: NO OUTSIDE VICTIM ADVOCACY PROVIDED

According to BOP Program Statement 5324.12, victims of sexual abuse must be offered access to outside counseling services, particularly in cases involving staff assault. The BOP confirms that Ms. Holland receives only group therapy, which is inadequate under PREA and endangers her recovery.

## III. RETALIATORY CONDUCT AND SENTENCING MANIPULATION

Included as evidence is a First Step Act time credit sheet and progress report prepared by Unit Manager Pearson at FPC Marianna, confirming Ms. Holland has earned 743 days of time credits. Based on this, her community placement date was April 19, 2025.

However, after Ms. Holland filed a civil suit on February 28, 2025, her date was retaliatorily pushed back to January 7, 2026 — a 9-month delay, with no disciplinary action to justify it. This constitutes unlawful retaliation and a denial of liberty interests protected under the Constitution and federal law.

## IV. EVIDENCE SUBMITTED WITH THIS MOTION

Ms. Holland submits the following:
1. Email request to Senator Rick Scott's Office from Mr. Chris Ramey
2. Response from Senator Rick Scott's Office
3. May 23, 2025 BOP response acknowledging trauma and retaliation
4. Reply to BOP and Congressional Office
5. First Step Act Time Credit Sheet (743 days earned)
6. Progress Report by Unit Manager Pearson
7. Civil Suit Filing (Feb. 28, 2025)

## V. RELIEF REQUESTED

Ms. Holland respectfully requests this Court:
1. Grant this Emergency Motion to Supplement her pending compassionate release motion;
2. Take judicial notice of the BOP's acknowledgment of trauma and retaliation;
3. Find that the newly submitted evidence constitutes extraordinary and compelling reasons under 18 U.S.C. § 3582(c)(1)(A);
4. Order her immediate release or schedule an evidentiary hearing without delay.

Respectfully submitted,
/s/ Justina Holland
Justina Holland
Reg. No. 73612-018
FPC Marianna
P.O. Box 7006
Marianna, FL 32447

**Attachments:**
- Exhibit A: Email request to Senator Rick Scott's Office
- Exhibit B: BOP Response (May 23, 2025)
- Exhibit C: Reply to BOP and Congressional Office
- Exhibit D: First Step Act Credit Sheet
- Exhibit E: Progress Report by Pearson
- Exhibit F: Civil Suit Filing – February 28, 2025 (This was previously sent into the court see DOC 172)