UNITED STATES OF AMERICA

v.                                              CASE NO. 6:20-cr-86-RBD-NWH

JUSTINA MARIA HOLLAND

**UNITED STATES' MOTION TO FILE RESPONSE UNDER SEAL**

The defendant's fifth motion for compassionate release was filed under seal.

Doc. 186. Because the United States' response includes the defendant's medical

records and a discussion of the defendant's medical circumstances, the United States

moves for permission to file its response under seal.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     /s/ *Risha Asokan*_____
        RISHA ASOKAN
        Assistant United States Attorney
        Florida Bar No. 1003398
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7500
        Facsimile: (407) 647-7643
        Email: risha.asokan2@usdoj.gov

**U.S. v. HOLLAND**                              **Case No. 6:20-cr-86-RBD-NWH**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2026, I sent a copy of the foregoing

motion to the defendant:

Justina M. Holland
Reg # 73612018
681 Addison Longwood Terrace
Apt 445
Longwood, FL 32750

/s/ *Risha Asokan*_____
RISHA ASOKAN
Assistant United States Attorney
Florida Bar No. 1003398
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 647-7643
Email: risha.asokan2@usdoj.gov