UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:20-cr-86-RBD-NWH

JUSTINA MARIA HOLLAND

## **UNITED STATES' MOTION TO FILE MEDICAL RECORDS UNDER SEAL**

On February 17, 2026, the Court set the defendant's fifth motion for compassionate release for a hearing on February 26, 2026. Doc. 193. In its order, the Court directed the government to inquire with the Bureau of Prisons (BOP) and certify in writing that the Court has been provided with the defendant's entire medical file in advance of the hearing. *Id.* On the same day, the undersigned obtained from BOP the defendant's medical records. Accordingly, the United States moves for permission to file the requested certification and medical records under seal.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Risha Asokan*_____
RISHA ASOKAN
Assistant United States Attorney
Florida Bar No. 1003398
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 647-7643
Email: risha.asokan2@usdoj.gov