| | |
|---|---|
| United States of America<br><br>v.<br><br>Justina Maria Holland | Case No. 6:20-cr-00086-RBD-NWH |

## DECLARATION OF JUSTINA MARIA HOLLAND

I, Justina Maria Holland, submit this declaration in support of my motion for reduced sentence, Doc. 186.

1. In the morning of Friday, March 20, 2026, my counselor at Dismas contacted me and informed me that an appointment had been scheduled for me on Monday, March 23, 2026 at 9:00 AM in Gainesville with Dr. Lisa Brubaker.

2. I later spoke with Megan (last name unknown) at Dr. Brubaker's office to see when this appointment was made. Megan informed me that Dismas made the appointment on March 20 at 10:37 AM.

3. I reviewed Dr. Brubaker's biography, attached as Exhibit A, which reflects that she is not a breast surgeon and is instead a general surgeon with fellowship training in Advanced GI/Minimally Invasive

Surgery and Bariatric Surgery.

4. After reviewing Dr. Brubaker's biography and discovering that she is not a breast surgeon, I emailed my Dismas counselor and informed her of that fact. I also explained that if any type of surgical procedure would be required, such as a biopsy, I would need to have someone drive me home, and given the last-minute nature of the appointment, I did not have anyone who would be able to take me such a long distance (about 6 hours roundtrip) on such short notice.

5. My counselor then called me and informed me that my appointment with Dr. Brubaker would be cancelled.

6. The BOP subsequently scheduled an appointment for me with Dr. Frances Phang, a breast surgeon in Orlando, for April 8, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2026.

JUSTINA MARIA HOLLAND

2

# Exhibit A

# Lisa Brubaker, MD



**Phone**

<br>

(352) 331-1201

**Specialty**

General Surgery

**Gender**

Female

**Languages**

English

*Please call if you are a self-pay patient.

---

**Address**

HCA Florida Gainesville Surgical Group

1143 NW 64th Terrace Suite A
Gainesville, FL 32605

📞 (352) 331-1201

## About Lisa Brubaker, MD

# Biography

Lisa Brubaker, MD, DABS is a board-certified general surgeon who completed additional fellowship training in Advanced GI/Minimally Invasive Surgery and Bariatric Surgery. She is caring for patients in Gainesville, FL.

Dr. Brubaker earned her undergraduate degree from Carnegie Mellon University in Pittsburgh, PA where she graduated with academic and athletic honors. She earned her medical degree from the University of Central Florida College of Medicine in Lake Nona, FL. During medical school she was inducted into Alpha Omega Alpha—the national medical honor society. She completed her residency in General Surgery from Baylor College of Medicine, Houston, TX. During residency she was inducted into the Gold Humanism Honor Society which recognizes physicians for their compassionate care, and she received several teaching and research awards. After residency, Dr. Brubaker completed a fellowship in Advanced GI/Minimally Invasive Surgery and Bariatric Surgery at AdventhHealth in Tampa, FL.

Dr. Brubaker treats various conditions including those affecting all abdominal organs, diseases of the breast, hernias, and other skin and soft tissue pathology. She pursued training in General Surgery because she felt it epitomized the connection between service and the opportunity for continuous education – both of which are crucial to being a good doctor. Dr. Brubaker is proud to offer robotic surgery as an option, which can decrease hospital stay and overall recovery time for her patients. Dr. Brubaker has been recognized by her patients and coworkers for her unique ability to provide the optimal amount of empathy and patient education to help patients feel at ease.

While not caring for patients Dr. Brubaker enjoys spending time

with her family, going on long walks with her dog, and maintaining overall fitness as a triathlete.

Close Bio ^

## Care Philosophy

Dr. Brubaker is committed to a "whole person" treatment approach and to empowering patients through education. She knows how difficult it can be for a patient (and their family members) to undergo treatment for a condition. Thus, she strives to provide her best knowledge and technical skills, but also any additional resources that patients need to allow them to be confident on their care journey.

## Procedures and Conditions Treated

- Bariatric Surgery

- Bariatric/Obesity

- Colon & Rectal Cancer

- Corrective Surgery For Weight Regain or Complications

- Duodenal Switch Procedure

- Gastric Bypass - Laparoscopic

- Gastric Restrictive Procedure - Laparoscopic (Lap Band)

- Medical Nutrition Assessment

- Revision Surgery

- Robot Bypass Roux En Y

- Robot Sleeve Gastrectomy

- Roux en Y Gastric Bypass

- Single Anastomosis Duodenal Switch (SADI)

- Sleeve Gastrectomy

- Stomach Intestinal Pylorus Sparing (SIPS)

- Weight Loss Surgery

## Specialties

- General Surgery - Board Certified

## Affiliations

- HCA Florida North Florida Hospital

## Clinic Website

- https://www.hcafloridaphysicians.com/locations/gainesville-surgical-group/

# Credentials and Education

- University of Central Florida

  Medical School

  2017

- Baylor College of Medicine, Houston, TX

  Internship

  2018

- AdventHealth Tampa Advanced GI/MIS and Bariatrics

  Fellowship

  2025

- Carnegie Mellon University

  Undergraduate

  2012

- Baylor College of Medicine, Houston, TX

  Residency

  2024