UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                         CASE NO. 6:20-cr-86-RBD-NWH

JUSTINA MARIA HOLLAND

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for former Assistant United States Attorney Risha Asokan.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By:    /s/ Matthew J. Del Mastro
        Matthew J. Del Mastro
        Special Assistant United States Attorney
        USA No. 203
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: matthew.del.mastro@usdoj.gov

**U.S. v. JUSTINA MARIA HOLLAND     Case No. 6:20-cr-86-RBD-NWH**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

> Matthew Cavender, Esq.
> Counsel for the Defendant

/s/ Matthew J. Del Mastro
Matthew J. Del Mastro
Special Assistant United States Attorney
USA No. 203
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: matthew.del.mastro@usdoj.gov

2